UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICE OF FRANCIS P. CULLARI
1200 Mill Road, Suite A
Northfield, NJ 08225
(609)383-3511, Fax (609)383-3994
Attorney for Debtor(s)

In Re:
THOMAS C. HEINZ, JR.

Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32501

Adv. No.:

Hearing Date: December 5, 2017

Judge: Michael B. Kaplan

## ORDER CONTINUING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: December 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtor:       Thomas C. Heinz, Jr.
Case No.:     17-32501
Caption:      Order Granting Continuance of Automatic Stay

This matter having been presented to the Court by **Francis P. Cullari, Esq.** and the Court having reviewed the motion and any opposition filed, and for good cause shown it is:

ORDERED that:

1. The Automatic Stay is continued as to all Creditors.