UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICE OF FRANCIS P. CULLARI
1200 Mill Road, Suite A
Northfield, NJ 08225
(609)383-3511, Fax (609)383-3994
Attorney for Debtor(s)

In Re:
THOMAS C. HEINZ, JR.

Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32501

Adv. No.:

Hearing Date: December 5, 2017

Judge: Michael B. Kaplan

## ORDER CONTINUING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: December 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtor:     Thomas C. Heinz, Jr.
Case No.:   17-32501
Caption:    Order Granting Continuance of Automatic Stay

This matter having been presented to the Court by **Francis P. Cullari, Esq.** and the Court having reviewed the motion and any opposition filed, and for good cause shown it is:

ORDERED that:

1. The Automatic Stay is continued as to all Creditors.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas C. Heinz, Jr.  
    Debtor

Case No. 17-32501-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db          +Thomas C. Heinz, Jr.,    52 Roll Ave,    South Amboy, NJ 08879-1053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Francis P. Cullari     on behalf of Debtor Thomas C. Heinz, Jr. cullari@comcast.net  
           Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 5